UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

PLATE FABRICATION AND : 
MACHINING, INC. :
 :
VS. : NO. 2:05 CV 02276
 :
ALLEN BEILER :

DEFENDANT ALLEN BEILER'S RESPONSE AND
DOCUMENT PRODUCTION TO
ORDER OF COURT

1) A B Fab & Machining
   Profit & Loss Statements

   • January - December 2005

   • January 1 through March 29, 2006

2) Balance Sheets

   • As of December 31, 2005

   • As of March 29, 2006

3) Expenses by Vendor Summary

   • January through December 2005

   • January 1 through March 29, 2006

4) Sales by Customer Summary

   • January through December 2005

   • January 1 through March 28, 2006

5) Profit & Loss by Job

   • March through December 2005

6)  A B Fab & Machining - Budgetsd Profit Statement

    MARGOLIS EDELSTEIN

    BY: /s/ Walter J. Timby, III (WJT5429)
      WALTER J. TIMBY, III, ESQUIRE
      (Attorney I.D. No. 23894)
      The Curtis Center, Fourth Floor
      Independence Square West
      Philadelphia, PA  19106
      (215) 922-1100
      Attorney for Allen R. Beiler

8:55 AM
03/23/06
Accrual Basis

# A B Fab & Machining LLC
## Profit & Loss
### January through December 2005

|  | Jan - Dec 05 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     400 · Sales-Direct | 825,298.69 |
|     499 · Vendor Discounts | 605.67 |
|   **Total Income** | 825,904.36 |
|   **Cost of Goods Sold** | |
|     500 · Cost of Goods Sold | |
|       500.2 · Purchases/Materials | 152,268.95 |
|     Total 500 · Cost of Goods Sold | 152,268.95 |
|     505 · Subcontractors Expense | 197,596.71 |
|     510 · Freight & Shipping (Outgoing) | 28,750.95 |
|     515 · Temp labor | 15,139.74 |
|   **Total COGS** | 393,756.35 |
| **Gross Profit** | 432,148.01 |
|   **Expense** | |
|     600 · Advertising & Marketing | |
|       600.4 · Client Entertainment/Gifts | 223.35 |
|     Total 600 · Advertising & Marketing | 223.35 |
|     605 · Administrative Expenses | |
|       605.01 · Legal | 23,535.60 |
|       605.02 · Accounting | 998.90 |
|       605.03 · Professional Services | 1,520.00 |
|       605.04 · Office Supplies | 3,903.23 |
|       605.05 · Postage (Office Related) | 153.33 |
|       605.06 · Office Equipment & Software | 118.16 |
|       605.08 · Bank Fees | 45.05 |
|       605.10 · Cleaning/Janitorial Expense | 432.32 |
|     Total 605 · Administrative Expenses | 30,706.59 |
|     610 · Employee & Payroll Expenses | |
|       610.00 · Paid Wages (Net Pay) | 8,059.45 |
|       610.010 · Payroll Taxes | 3,284.59 |
|       610.03 · Bonus & Commisions | 1,537.80 |
|     Total 610 · Employee & Payroll Expenses | 12,881.84 |
|     615 · Utilities | |
|       615.1 · Electric | 2,961.32 |
|       615.2 · Heating Expense | 794.14 |
|       615.3 · Telephone-Land Line | 1,574.52 |
|       615.5 · Sewer & Water | 374.75 |
|       615.6 · Disposal Services | 736.60 |
|     Total 615 · Utilities | 6,441.33 |
|     620 · Transportation Expense | |
|       620.1 · Gas & Diesel (Vehicles Only) | 297.89 |
|     Total 620 · Transportation Expense | 297.89 |
|     630 · Indirect-Job Related Costs | |
|       630.1 · Equipment Repairs | 3,419.00 |
|       630.3 · Equipment Rental | 3,700.00 |
|       630.4 · Small Tools & Equip-Under $500 | 2,417.21 |
|       630.5 · Supplies | 28,985.39 |
|     Total 630 · Indirect-Job Related Costs | 38,521.60 |
|     635 · Insurance Expense | |
|       635.1 · Liability Insurance | 11,316.00 |
|     Total 635 · Insurance Expense | 11,316.00 |

8:55 AM
03/23/06
Accrual Basis

# A B Fab & Machining LLC
## Profit & Loss
### January through December 2005

|  | Jan - Dec 05 |
|---|---:|
| 640 · Uniforms | 49.95 |
| 645 · Rent | 173,408.00 |
| 675 · Depreciation Expense | 28,073.00 |
| 685 · Dues & Subscriptions | 189.00 |
| 699 · Customer Discounts | 208.42 |
| **Total Expense** | 252,316.97 |
| **Net Ordinary Income** | 179,831.04 |
| Other Income/Expense | |
| Other Expense | |
| 800 · G/P-Allen Beiler | 159,334.78 |
| **Total Other Expense** | 159,334.78 |
| **Net Other Income** | -159,334.78 |
| **Net Income** | **20,496.26** |

1:18 PM
03/29/06
Accrual Basis

# A B Fab & Machining LLC
## Profit & Loss
### January 1 through March 29, 2006

|  | Jan 1 - Mar 29, 06 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 400 · Sales-Direct | 71,606.89 |
| 499 · Vendor Discounts | 55.45 |
| **Total Income** | 71,662.34 |
| **Cost of Goods Sold** | |
| 500 · Cost of Goods Sold | |
| 500.2 · Purchases/Materials | 5,533.14 |
| Total 500 · Cost of Goods Sold | 5,533.14 |
| 505 · Subcontractors Expense | 311.04 |
| 510 · Freight & Shipping (Outgoing) | 3,924.72 |
| **Total COGS** | 9,768.90 |
| **Gross Profit** | 61,893.44 |
| **Expense** | |
| 600 · Advertising & Marketing | |
| 600.4 · Client Entertainment/Gifts | 118.59 |
| Total 600 · Advertising & Marketing | 118.59 |
| 605 · Administrative Expenses | |
| 605.01 · Legal | 3,165.60 |
| 605.02 · Accounting | 439.13 |
| 605.03 · Professional Services | 786.50 |
| 605.05 · Postage (Office Related) | 39.42 |
| 605.08 · Bank Fees | 44.00 |
| 605.10 · Cleaning/Janitorial Expense | 25.99 |
| Total 605 · Administrative Expenses | 4,500.64 |
| 610 · Employee & Payroll Expenses | |
| 610.00 · Paid Wages (Net Pay) | 5,843.23 |
| 610.010 · Payroll Taxes | 2,233.47 |
| Total 610 · Employee & Payroll Expenses | 8,076.70 |
| 615 · Utilities | |
| 615.1 · Electric | 1,142.03 |
| 615.2 · Heating Expense | 2,588.43 |
| 615.3 · Telephone-Land Line | 393.31 |
| 615.5 · Sewer & Water | 17.24 |
| 615.6 · Disposal Services | 213.20 |
| Total 615 · Utilities | 4,354.21 |
| 620 · Transportation Expense | |
| 620.1 · Gas & Diesel (Vehicles Only) | 36.91 |
| Total 620 · Transportation Expense | 36.91 |
| 630 · Indirect-Job Related Costs | |
| 630.1 · Equipment Repairs | 409.60 |
| 630.3 · Equipment Rental | 1,800.00 |
| 630.5 · Supplies | 11,253.74 |
| Total 630 · Indirect-Job Related Costs | 13,463.34 |
| **Total Expense** | 30,550.39 |
| **Net Ordinary Income** | 31,343.05 |
| **Other Income/Expense** | |
| **Other Income** | |
| 705 · Interest Income (Chkg/Saving) | 100.40 |
| **Total Other Income** | 100.40 |
| **Other Expense** | |
| 800 · G/P-Allen Beiler | 30,000.00 |
| **Total Other Expense** | 30,000.00 |
| **Net Other Income** | -29,899.60 |
| **Net Income** | **1,443.45** |

8:58 AM
03/23/06
Accrual Basis

# A B Fab & Machining LLC
## Balance Sheet
### As of December 31, 2005

|  | Dec 31, 05 |
|---|---:|
| **ASSETS** |  |
| **Current Assets** |  |
| **Checking/Savings** |  |
| 100 · Wachovia Checking | 78,027.20 |
| **Total Checking/Savings** | 78,027.20 |
| **Other Current Assets** |  |
| 155 · Security Deposits | 2,721.00 |
| **Total Other Current Assets** | 2,721.00 |
| **Total Current Assets** | 80,748.20 |
| **Fixed Assets** |  |
| 160 · Fixed Assets |  |
| 160.3 · Machinery & Equipment | 27,275.00 |
| 160.8 · Office Equip & Furnishings | 798.00 |
| **Total 160 · Fixed Assets** | 28,073.00 |
| 170 · Accumulated Depreciation | -28,073.00 |
| **Total Fixed Assets** | 0.00 |
| **TOTAL ASSETS** | 80,748.20 |
| **LIABILITIES & EQUITY** |  |
| **Liabilities** |  |
| **Current Liabilities** |  |
| **Accounts Payable** |  |
| 200 · Accounts Payable | 251.94 |
| **Total Accounts Payable** | 251.94 |
| **Total Current Liabilities** | 251.94 |
| **Total Liabilities** | 251.94 |
| **Equity** |  |
| 300 · Capital-Allen Beiler |  |
| 300.1 · Investments-Allen Beiler | 60,000.00 |
| **Total 300 · Capital-Allen Beiler** | 60,000.00 |
| Net Income | 20,496.26 |
| **Total Equity** | 80,496.26 |
| **TOTAL LIABILITIES & EQUITY** | 80,748.20 |

Page 1

1:20 PM
03/29/06
Accrual Basis

# A B Fab & Machining LLC
## Balance Sheet
### As of March 29, 2006

|  | Mar 29, 06 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 100 · Wachovia Checking | 7,558.19 |
| 110 · Savings | 71,695.29 |
| **Total Checking/Savings** | 79,253.48 |
| **Other Current Assets** | |
| 165 · Security Deposits | 2,721.00 |
| **Total Other Current Assets** | 2,721.00 |
| **Total Current Assets** | 81,974.48 |
| **Fixed Assets** | |
| **160 · Fixed Assets** | |
| 160.3 · Machinery & Equipment | 27,275.00 |
| 160.6 · Office Equip & Furnishings | 798.00 |
| **Total 160 · Fixed Assets** | 28,073.00 |
| 170 · Accumulated Depreciation | -28,073.00 |
| **Total Fixed Assets** | 0.00 |
| **TOTAL ASSETS** | **81,974.48** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 200 · Accounts Payable | 34.77 |
| **Total Accounts Payable** | 34.77 |
| **Total Current Liabilities** | 34.77 |
| **Total Liabilities** | 34.77 |
| **Equity** | |
| **300 · Capital-Allen Beiler** | |
| 300.1 · Investments-Allen Beiler | 60,000.00 |
| **Total 300 · Capital-Allen Beiler** | 60,000.00 |
| 390 · Retained Earnings | 20,496.26 |
| Net Income | 1,443.45 |
| **Total Equity** | 81,939.71 |
| **TOTAL LIABILITIES & EQUITY** | **81,974.48** |

Page 1

9:07 AM
03/23/06
Accrual Basis

# A B Fab & Machining LLC
## Expenses by Vendor Summary
### January through December 2005

|  | Jan - Dec 05 |
|---|---:|
| Annett Holdings | 12,714.93 |
| Avery Labels Online | 1,014.09 |
| AZCO- Bushwick Metals | 30,016.22 |
| B & G Paper Products | 76.10 |
| Benco Technology | 109,844.08 |
| Berkheimer P/R tax | 39.00 |
| Blakinger, Byler & Thomas | 918.00 |
| Blue Ball Machine Co, Inc | 1,418.00 |
| Buffalo Shrink Wrap | 2,774.06 |
| Cassidy Painting | 2,246.40 |
| Century Spring | 777.24 |
| Clean Jeans Cleaning Service Inc | 375.00 |
| Clearwood Transport | 4,075.00 |
| Computer Bookkeeping Solutions | 820.20 |
| Concord Chemical | 400.00 |
| Deluxe Business Systems | 48.40 |
| Eagle Disposal | 736.60 |
| Eastern Lancaster County O/P Tax | 19.60 |
| Eddie Kane Steel Company | 2,375.00 |
| Enco | 185.26 |
| Excel Welding & Supplies | 101.46 |
| Fed Ex | 91.17 |
| Frontier Communications | 1,462.27 |
| Gage Personnel | 15,139.74 |
| Garoppo's Service Inc. | 900.00 |
| Gehman Accounting | 178.70 |
| Good's Store | 49.95 |
| Granite Properties/Horst Group | 123,408.00 |
| High Steel Service Center | 21,747.12 |
| Home Depot | 467.77 |
| Iddings Electric | 3,419.00 |
| JB Zimmerman | 880.76 |
| Lanco Welding Supply | 1,118.38 |
| M S C Industrial Supply | 409.24 |
| Margolis & Edelstein | 22,617.60 |
| McMaster Carr Supply | 31,237.86 |
| Mittal Steel USA | 41,245.83 |
| New Penn Freight | 675.27 |
| Noble & Pitts Inc | 1,700.00 |
| NWA AIR | 50.00 |
| Oberholtzer's Steel | 275.00 |
| PA P/R Tax | 119.73 |
| PA Unemployment Tax | 149.84 |
| Pearl Vision | 298.90 |
| Peerless Insurance | 11,316.00 |
| Penn Fuel Propane | 343.93 |
| PittOhio Express | 315.15 |
| PP&L Electric | 2,961.32 |
| Primary Steel-New Castle | 0,003.13 |
| Pro Pallet LLC | 793.75 |
| R & K Trucking | 2,100.00 |
| R S P Towing | 425.00 |
| R V Industries | 60,607.00 |
| Ryerson Tull | 21,004.77 |
| Shinn Spring Water Company | 374.75 |
| Specialty Rigging Co. Inc | 1,450.00 |
| Staples | 3,046.98 |
| Stoltzfus Enterprise Fab | 30.45 |
| Stoltzfus Manufacturing | 42,997.01 |
| Superior Lift | 3,700.00 |
| UGI Utilities | 794.14 |
| US Department of Treasury 941 | 864.06 |
| Verbal-Misc PO | 1,096.74 |
| Verizon Telephone | 252.60 |
| W.M. Jackson Trucking Inc. | 1,400.00 |
| Wachovia Checking | 2,127.36 |
| Wall Street Journal On-Lline | 99.00 |
| Walmart | 46.94 |
| World Perks Visa | 860.22 |
| **TOTAL** | **606,487.07** |

1:22 PM
03/29/06
Accrual Basis

# A B Fab & Machining LLC
## Expenses by Vendor Summary
### January 1 through March 29, 2006

|  | Jan 1 - Mar 29, 06 |
|---|---:|
| B & G Paper Products | 25.99 |
| Benco Technology | 311.04 |
| Berkheimer P/R tax | 82.40 |
| Clearwood Transport | 250.00 |
| Computer Bookkeeping Solutions | 118.13 |
| Eagle Disposal | 213.20 |
| First Services Ltd Court Reporting | 477.00 |
| Frontier Communications | 393.31 |
| Furnish Equipment Co. INC | 4,193.40 |
| Gehman Accounting | 321.00 |
| High Steel Service Center | 1,704.65 |
| Home Depot | 51.08 |
| Iddings Electric | 409.60 |
| James DeCrescenzo Court Reporting | 486.60 |
| JB Zimmerman | 233.05 |
| K L Trucking | 700.00 |
| Margolis & Edelstein | 2,200.00 |
| McMaster Carr Supply | 2,390.07 |
| Musselman Lumber | 2,307.04 |
| New Penn Freight | 60.06 |
| PA P/R Tax | 252.98 |
| PA Unemployment Tax | 161.25 |
| Penn Fuel Propane | 36.91 |
| PP&L Electric | 1,142.03 |
| Shinn Spring Water Company | 17.24 |
| Staples | 2,133.18 |
| Stoltzfus Manufacturing | 3,833.62 |
| Superior Lift | 1,800.00 |
| U.S. Postal Service | 39.42 |
| UGI Utilities | 2,588.43 |
| Verbal-Misc PO | 118.59 |
| W.M. Jackson Trucking Inc. | 2,800.00 |
| Wachovia Checking | 1,736.84 |
| **TOTAL** | **33,590.11** |

2:59 PM
01/06/06
Accrual Basis

# A B Fab & Machining LLC
## Sales by Customer Summary
### January through December 2005

|  | Jan - Dec 05 |
|---|---:|
| ✻ previous PFM customer  ✻ Commonwealth Metal Company | 2,866.25 ✻ |
| Conveyor Components Inc. | 10,451.20 |
| ✻ Lawrence Livermore Natl Lab | 726,394.30 ✻ |
| ✻ Thomas & Betts-Gasden | 30,199.94 ✻ |
| Trinity Products Inc | 49,387.00 |
| **TOTAL** | **825,298.69** |

Page 1

9:56 AM
03/28/06
Accrual Basis

# A B Fab & Machining LLC
## Sales by Customer Summary
### January 1 through March 28, 2006

|  | Jan 1 – Mar 28, 06 |
|---|---:|
| Lawrence Livermore Natl Lab | 71,606.89 |
| **TOTAL** | **71,606.89** |

Page 1

03/31/06  FRI 11:12  [TX/RX NO 5908]

03/31/06 FRI 11:12 [TX/RX NO 5908]

1:52 PM
01/10/06
Accrual Basis

# A B Fab & Machining LLC
## Profit & Loss by Job
### March through December 2005

| | Commonwealth Me... | Conveyor Compon... | Thomas & Betts-Ga... | Trinity Products Inc | TOTAL |
|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | |
| **Income** | | | | | |
| 400 · Sales-Direct | 2,866.25 | 10,451.20 | 36,199.94 | 49,387.00 | 98,904.39 |
| **Total Income** | 2,866.25 | 10,451.20 | 36,199.94 | 49,387.00 | 98,904.39 |
| **Cost of Goods Sold** | | | | | |
| 600 · Cost of Goods Sold | | | | | |
| 600.2 · Purchases/Materials | 2,375.00 | 8,907.67 | 30,016.22 | 41,245.83 | 82,544.72 |
| **Total 600 · Cost of Goods Sold** | 2,375.00 | 8,907.67 | 30,016.22 | 41,245.83 | 82,544.72 |
| 510 · Freight & Shipping (Outgoing) | 0.00 | 800.00 | 1,700.00 | 4,741.54 | 7,241.54 |
| **Total COGS** | 2,375.00 | 9,707.67 | 31,716.22 | 45,987.37 | 89,786.26 |
| **Gross Profit** | 491.25 | 743.53 | 4,483.72 | 3,399.63 | 9,118.13 |
| **Expense** | | | | | |
| 699 · Customer Discounts | 0.00 | 0.00 | 0.00 | 208.42 | 208.42 |
| **Total Expense** | 0.00 | 0.00 | 0.00 | 208.42 | 208.42 |
| **Net Ordinary Income** | 491.25 | 743.53 | 4,483.72 | 3,191.21 | 8,909.71 |
| **Net Income** | 491.25 | 743.53 | 4,483.72 | 3,191.21 | 8,909.71 |

By Al Beller     3/31/2006 9:48 AM     budget profit.xls

# A B Fab & Machining-Budgeted Profit

| 2005 | Items related to court rulings- | | |
|---|---|---|---|
| Customer | Sales | Net Income Profit | |
| Commonwealth Metals | $2,866.25 | $491.25 | past PFM customer |
| Thomas & Betts | $36,199.94 | $4,483.72 | past PFM customer |
| LLNL Project II & III | $726,394.30 | $11,586.55 | past PFM customer |
| **Subtotal court ruling** | **$765,460.49** | **$16,561.52** | |
| | | | |
| Other new customers | $59,838.20 | $3,934.74 | non PFM customers |
| Total 2005 | $825,298.69 | $20,496.26 | |

see attached profit & loss, sales by customer, expenses by vendor sheets

| 2006 YTD | Items related to court rulings- | | |
|---|---|---|---|
| Customer | Sales | Net Income Profit | |
| LLNL Project III | $71,606.89 | $1,443.45 | Actual thru Mar 29th |
| *projected to finish LLNL III* | *$48,014.00* | *-$5,000.00* | projected thru June 30th |
| **Subtotal court ruling** | **$119,620.89** | **-$3,556.55** | |

see attached profit & loss, sales by customer, expenses by vendor sheets
2006 projections include anticipated expenses thru June 30th